# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-485
Lower Tribunal No. 13-166

_____

**Andrewson Compere,**
Appellant,

vs.

**Department of Children and Families,**
Appellee.

An Appeal from the State of Florida Department of Children and Family Services.

Andrewson Compere, in proper person.

Jean A. Costa, Assistant General Counsel for the Department of Children and Family Services (Fort Lauderdale), for appellee.

Before SALTER, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).

Affirmed.